**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**CISCO SYSTEMS CAPITAL CORPORATION,**

      **Plaintiff,**

  **vs.**                                       **Civil Action 2:13-cv-0020
Judge Watson
Magistrate Judge King**

**BLUEMILE, INC.,**

      **Defendant.**

## ORDER

At the request of the parties, the status conference currently scheduled for May 16, 2013 is **CONTINUED** to May 30, 2013 at 2:30 p.m.

                                            *s/Norah McCann King*
                                              Norah M<sup>c</sup>Cann King
                                  United States Magistrate Judge

May 15, 2013
Date